IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD TRIEBWASSER, Individual, MY HOME ADDRESS, INC., and RONALD TRIEBWASSER, President, Plaintiffs, v. SECURITY STATE BANK, and JAMES DAUGHERTY, Individual, Defendants. | CASE NO. 8:11CV306 MEMORANDUM AND ORDER |

This matter is before the court on Plaintiffs' Notice of Dismissal, which the court liberally construes as a Motion for Voluntary Dismissal, filed pursuant to Federal Rule of Civil Procedure 41. (Filing No. 9.) In their Notice, Plaintiffs seek dismissal of the Complaint without prejudice. (*Id.*) Defendants have not yet filed answers or other responsive pleadings, and the court finds that voluntary dismissal is warranted under the circumstances.

IT IS THEREFORE ORDERED that:

1. Plaintiffs' Notice of Dismissal, construed as a Motion for Voluntary Dismissal, (Filing No. 9) is granted. Plaintiffs' claims are dismissed without prejudice; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 3rd day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.